Crisostomo G. Ibarra, SBN 103480
Law Offices of Crisostomo G. Ibarra
744 Montgomery Street, Suite 120
San Francisco, CA 94111
Telephone 415-398-5329
Facsimile 415-398-6831

Attorney for Plaintiff
ANNE DELANEY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| ANNE DELANEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　Respondent. | CIVIL NO. 05-00756 SI<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval by the Court, that Plaintiff ANNE DELANEY may have a 30-day extension of time to file her motion for summary judgment. Plaintiff's summary judgment motion is currently due on September 2, 2006 pursuant to Civil L.R. 16-1(e). Plaintiff's summary judgment motion will now be due on October 2, 2006.

////

////

////

---

STIPULATION AND ORDER EXTENDING TIME
TO FILE SUMMARY JUDGMENT MOTION

SEP-01-2006 06:38
Case 3:05-cv-00756-SI   Document 18   Filed 09/01/2006   Page 2 of 2
Case 3:05-cv-00756-SI   Document 19   Filed 09/07/06   Page 2 of 2
P.01/01

1   This is Plaintiff's first request.

2

3

4   Dated: 8/24/06

KEVIN V. RYAN
United States Attorney
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendant

10  Dated: 08-23-06

CRISOSTOMO G. IBARRA
Attorney for Plaintiff

14  PURSUANT TO STIPULATION. IT IS SO ORDERED:

18  Dated: _____

SUSAN ILLSTON
United States District Judge

28  STIPULATION AND ORDER EXTENDING TIME
    TO FILE SUMMARY JUDGMENT MOTION          2