```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    LEO MONTENEGRO, SBN NY 2616118
 4  Special Assistant United States Attorney
 5
 6      333 Market Street, Suite 1500
        San Francisco, California 94105
 7      Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
 8      E-Mail: leo.r.montenegro@ssa.gov
 9
    Attorneys for Defendant
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE DELANEY, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 05-00756 SI |
| ) | |
| v. ) | SUBSTITUTION OF COUNSEL |
| ) | |
| LINDA S. McMAHON[1], ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant U.S. Attorney as its counsel of record in the above-captioned case in place of Sharon Sands:

///

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

```
 1   Leo Montenegro
     Special Assistant U.S. Attorney
 2   333 Market Street, Suite 1500
     San Francisco, CA 94105
 3   Telephone: (415) 977-8943
     E-Mail: leo.r.montenegro@ssa.gov
 4
 5
 6
 7
                                        Respectfully submitted,
 8
                                        KEVIN V. RYAN
 9                                      United States Attorney
10
11   Dated: February 12 , 2007      By:   /s/ Leo Montenegro
                                          LEO MONTENEGRO
12                                        Special Assistant United States Attorney
13
```



IT IS SO ORDERED
Judge Susan Illston