**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE DELANEY, | No. C 05-00756 SI |
| Plaintiff, | **REMAND ORDER** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

The Ninth Circuit has determined that plaintiff is entitled to benefits as a matter of law and that further proceedings are unnecessary. Accordingly, the Court hereby remands this case to the Commissioner of Social Security to award benefits to plaintiff.

**IT IS SO ORDERED.**

Dated: September 3, 2008

SUSAN ILLSTON
United States District Judge