```
 1  JOSEPH P. RUSSONIELLO, SBN CA 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    LEO R. MONTENEGRO SBN NY 2616118
 4  Special Assistant United States Attorney

 5      333 Market St, Ste 1500
        San Francisco, CA 94105
 6      Telephone: (415) 977-8983
        Fax: (415) 744-0134
 7      E-mail: Leo.R.Montenegro@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE DELANEY, | ) |
| Plaintiff, | ) CIVIL NO. 05-00756 SI |
| v. | ) STIPULATION TO CONTINUE MOTION |
| MICHAEL J. ASTRUE, | ) HEARING |
| Commissioner of | ) |
| Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the motion hearing currently scheduled for November 6, 2009 at 9:00AM (Docket No. 52), be continued until November ~~20~~ 23 @ 4 p.m., 2009. The parties are currently engaged in settlement discussions.

Pursuant to General Order 45, § X.B, and the instructions regarding signatures on this Court's internet web site (https://ecf.cand.uscourts.gov/cand/faq/general/signatures.htm), I, the undersigned Leo R. Montenegro, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIP TO CONTINUE
C 05-00756 SI                                1

| | | |
|---|---|---|
| DATE: 10/23/09 | | /s/ Gener D. Benitez<br>(as authorized by fax October 23, 2009)<br>GENER D. BENITEZ<br>Attorney at Law |
| | | Attorney for Plaintiff |
| DATE: 10/23/09 | | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| | By: | /s/ Leo R. Montenegro<br>LEO R. MONTENEGRO<br>Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

PROPOSED ORDER

APPROVED AND SO ORDERED.

DATED: _____   _____
                                 SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE