| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, SBN CA 44332<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration<br>LEO R. MONTENEGRO SBN NY 2616118 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market St, Ste 1500<br>San Francisco, CA 94105 |
| 6 | Telephone: (415) 977-8943<br>Fax: (415) 744-0134 |
| 7 | E-mail: Leo.R.Montenegro@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANNE DELANEY,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

CIVIL NO. C 05-00756 SI

STIPULATION AND PROPOSED ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND THREE HUNDRED SEVENTY-NINE dollars and NINETY-ONE cents ($5,379.91). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel prior to November 23, 2009, in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the

STIP & PROPOSED ORDER RE EAJA ATTORNEY FEES
05-00756 SI         1

EAJA. Payment of FIVE THOUSAND THREE HUNDRED SEVENTY-NINE dollars and NINETY-ONE cents ($5,379.91) in EAJA attorney fees, by December 31, 2009 or a reasonable time thereafter in consideration of the holiday season and depending on the date of the Court's issuance of the order, shall constitute a release from claims Plaintiff may have relating to EAJA fees in connection with this action.

      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA, pursuant to the Court's Order of September 3, 2008. Defendant notes that the fees for administrative representation, pursuant to 42 U.S.C. § 406(a), which have been approved by the Social Security Administration in the amount of $22,000.00, apparently have been mailed to and issued with the name, on December 1, 2009, of Plaintiff's attorneys at their new address, 459 Fulton Street, Suite 109, San Francisco, CA 94102. Defendant further notes that upon the Court's approval of this EAJA stipulation and order, Defendant will expedite the processing of the EAJA fee such that he expects the EAJA payment request will be sent to the Department of the Treasury within two weeks of the Court's order or by December 31, 2009. Otherwise, Plaintiff's attorneys hereby reserve the right to seek further the Court's assistance in order to be paid as stated in the underlying motion, including the requested sanctions and for further work towards receipt of subject funds.

Pursuant to General Order 45, § X.B, and the instructions regarding signatures on this Court's internet web site (https://ecf.cand.uscourts.gov/cand/faq/general/signatures.htm), I, the undersigned Leo R. Montenegro, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATE: 12/4/09               /s/ Crisostomo G. Ibarra
                            (as authorized by fax December 4, 2009)
                            CRISOSTOMO G. IBARRA
                            Attorney at Law

                            Attorney for Plaintiff

DATE: 12/4/09               JOSEPH P. RUSSONIELLO
                            United States Attorney
                            LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX

                    By:     /s/ Leo R. Montenegro
                            LEO R. MONTENEGRO
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant


                        PROPOSED ORDER

        APPROVED AND SO ORDERED.

DATED: _____    _____
                                    SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE